**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD., | |
| Plaintiff, | Case No.: 1:20-cv-01590 |
| v. | |
| | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| | Magistrate Judge Jeffrey Cummings |
| Defendants. | |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION,
A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff, Iron Maiden Holdings, Ltd., ("Iron Maiden" or "Plaintiff"), seeks entry of an *Ex Parte* Temporary Restraining Order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit Iron Maiden products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

1

Dated: March 4, 2020             Respectfully submitted,

                                              */s/ Ann Marie Sullivan*
                                              Ann Marie Sullivan
                                              Alison Carter
                                              Raymond Lang
                                              AM Sullivan Law, LLC
                                              1440 W. Taylor St., Suite 515
                                              Chicago, Illinois 60607
                                              Telephone: 224-258-9378
                                              E-mail: ams@amsullivanlaw.com

                                              ***ATTORNEYS FOR PLAINTIFF***