# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD.,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>DEFENDANTS. | CASE NO.: 1:20-CV-01590<br><br>JUDGE JORGE L. ALONSO<br><br>MAGISTRATE JUDGE JEFFREY CUMMINGS |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by undersigned Counsel, hereby voluntarily dismisses its Complaint against all Defendants listed in Schedule "A" to the Complaint, and requests the case be closed.

No defendant has filed an Answer or submitted a Motion for Summary Judgment making voluntary dismissal proper under Fed. R. Civ. P. 41(a)(1)(A). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: April 23, 2020

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
Raymond Lang
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 23, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan